IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTRA-CELLULAR THERAPIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>AUROBINDO PHARMA LTD. AUROBINDO PHARMA USA, INC., ALKEM LABORATORIES LTD., DR. REDDY'S LABORATORIES INC. DR. REDDY'S LABORATORIES LTD., HETERO USA, INC., HETERO LABS LTD. UNIT-V, HETERO LABS LTD., MSN LABORATORIES PRIVATE LTD., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LTD.,<br><br>*Defendants*. | Civil Action No. 3:24-cv-04264 (MAS-JBD) (consolidated)<br><br>**STIPULATION AND ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES**<br><br>*Filed Electronically* |
| INTRA-CELLULAR THERAPIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ALKEM LABORATORIES LTD.,<br><br>*Defendant*. | Civil Action No. 3:24-cv-10234 (MAS-JBD) |
| INTRA-CELLULAR THERAPIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:24-cv-10235 (MAS-JBD) |

| | |
|---|---|
| INTRA-CELLULAR THERAPIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC.,<br>DR. REDDY'S LABORATORIES LTD.,<br><br>*Defendants.* | Civil Action No. 3:24-cv-10236 (MAS-JBD) |
| INTRA-CELLULAR THERAPIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LTD.<br>UNIT-V, HETERO LABS LTD.,<br><br>*Defendants.* | Civil Action No. 3:24-cv-10237 (MAS-JBD) |
| INTRA-CELLULAR THERAPIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD.,<br><br>*Defendant.* | Civil Action No. 3:24-cv-10238 (MAS-JBD) |
| INTRA-CELLULAR THERAPIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant.* | Civil Action No. 3:24-cv-10239 (MAS-JBD) |

| | |
|---|---|
| INTRA-CELLULAR THERAPIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LTD.,<br><br>*Defendants.* | Civil Action No. 3:24-cv-10240 (MAS-JBD) |

**WHEREAS,** Plaintiff Intra-Cellular Therapies, Inc., ("ITCI") filed Civil Action No. 3:24-cv-04264 in this Judicial District against Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") on March 27, 2024;

**WHEREAS,** ITCI filed the related Civil Action Nos. 3:24-cv-04312; 3:24-cv-04314; 3:24-cv-04317; 3:24-cv-04325; 3:24-cv-04327; and 3:24-cv-04330 in this Judicial District against Defendants Alkem Laboratories Ltd. ("Alkem"); Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd. (collectively, "DRL"); Hetero USA, Inc., Hetero Labs Ltd. Unit-V, and Hetero Labs Ltd. (collectively, "Hetero"); MSN Laboratories Private Ltd. ("MSN"); Sandoz Inc. ("Sandoz"); and Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd. (collectively, "Zydus"), respectively, on March 28, 2024;

**WHEREAS,** Civil Action Nos. 3:24-cv-04312; 3:24-cv-04314; 3:24-cv-04317; 3:24-cv-04325; 3:24-cv-04327; and 3:24-cv-04330 have been consolidated with Civil Action No. 3:24-cv-04264;

**WHEREAS,** ITCI filed the related Civil Action Nos. 3:24-cv-08845; 3:24-cv-08848; 3:24-cv-08850; 3:24-cv-08852; 3:24-cv-08854; 3:24-cv-08855; and 3:24-cv-08856 in this Judicial District against Defendants Alkem, Aurobindo, DRL, Hetero, MSN, Sandoz, and Zydus, respectively, on August 29, 2024;

**WHEREAS,** Civil Action Nos. 3:24-cv-08845; 3:24-cv-08848; 3:24-cv-08850; 3:24-cv-08852; 3:24-cv-08854; 3:24-cv-08855; and 3:24-cv-08856 have been consolidated with Civil Action No. 3:24-cv-04264;

**WHEREAS,** ITCI filed the related Civil Action No. 3:24-cv-10234 in this Judicial District against Alkem on November 1, 2024;

**WHEREAS,** ITCI filed the related Civil Action No. 3:24-cv-10235 in this Judicial District against Aurobindo on November 1, 2024;

**WHEREAS,** ITCI filed the related Civil Action No. 3:24-cv-10236 in this Judicial District against DRL on November 1, 2024;

**WHEREAS,** ITCI filed the related Civil Action No. 3:24-cv-10237 in this Judicial District against Hetero on November 1, 2024;

**WHEREAS,** ITCI filed the related Civil Action No. 3:24-cv-10238 in this Judicial District against MSN on November 1, 2024;

**WHEREAS,** ITCI filed the related Civil Action No. 3:24-cv-10239 in this Judicial District against Sandoz on November 1, 2024;

**WHEREAS,** ITCI filed the related Civil Action No. 3:24-cv-10240 in this Judicial District against Zydus on November 1, 2024; and

**WHEREAS,** these related actions are all Hatch-Waxman cases that have the same Plaintiff and involve the same Abbreviated New Drug Applications at issue in Civil Action No. 3:24-cv-04264 (D.N.J.) (consolidated) that reference the same New Drug Application for Plaintiff's CAPLYTA® product;

**WHEREAS,** the parties have conferred and agreed to consolidation of these related actions for pretrial purposes to promote efficiency and conserve the resources of the Court and

the parties, while reserving their right to request joint or separate trials pursuant to Federal Rule of Civil Procedure 42(b), and the Court has determined that there is good cause to consolidate these related cases pursuant to Federal Rule of Civil Procedure 42;

**IT IS** on this __8th__ day of ___January, 2025__,

**ORDERED** that Civil Action Nos. 3:24-cv-04264; 3:24-cv-10234; 3:24-cv-10235; 3:24-cv-10236; 3:24-cv-10237; 3:24-cv-10238; 3:24-cv-10239; and 3:24-cv-10240 (the "Consolidated Actions") are consolidated for all pretrial purposes;

**IT IS FURTHER ORDERED** that all filings in the Consolidated Actions shall use the following caption going forward:

| | |
|---|---|
| INTRA-CELLULAR THERAPIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LTD. AUROBINDO PHARMA USA, INC., ALKEM LABORATORIES LTD., DR. REDDY'S LABORATORIES INC. DR. REDDY'S LABORATORIES LTD., HETERO USA, INC., HETERO LABS LTD. UNIT-V, HETERO LABS LTD., MSN LABORATORIES PRIVATE LTD., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LTD.,<br><br>Defendants. | Civil Action No. 3:24-cv-04264 (MAS-JBD) (Consolidated)<br><br>*Filed Electronically* |

**IT IS FURTHER ORDERED** that all filings going forward shall be filed in Civil Action No. 3:24-cv-04264; and

**IT IS FURTHER ORDERED** that all counsel who have been admitted *pro hac vice* in any of the Consolidated Actions shall be deemed admitted *pro hac vice* in Civil Action No. 3:24-cv-04264.

Dated: January 3, 2025

By: *s/ James S. Richter*
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

OF COUNSEL:
William A. Rakoczy
Paul J. Molino
Kevin E. Warner
Eric R. Hunt
Matthew V. Anderson
Dylan G. Sacenti
Wojciech K. Jankiewicz
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendants Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd.*

By: *s/ Alan S. Golub*
Alan S. Golub
FEIN SUCH KAHN & SHEPARD, P.C.
6 Campus Drive, Suite 304
Parsippany, NJ 07054
(973) 538-4700

OF COUNSEL:
Dennies Varughese, Pharm.D.
Sasha S. Rao
Alexander V. Alfano
Christopher Coleman
Ryan N. Kaiser

By: *s/Liza M. Walsh*
Liza M. Walsh
Katelyn O'Reilly
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

OF COUNSEL:
David I. Berl
Ellen E. Oberwetter
Elise M. Baumgarten
Kaitlin Beach
Adam Pan
Richard Hildreth
Christian J. Gladden-Sorensen
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

*Attorneys for Plaintiff Intra-Cellular Therapies, Inc.*

By: *s/ R Touhey Myer*
R Touhey Myer
KRATZ & BARRY LLP
800 N. West Street
Wilmington, DE 19801
(302) 527-9378

OF COUNSEL:
Timothy H. Kratz
George J. Barry III
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500

STERNE KESSLER GOLDSTEIN
   & FOX, P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

By: *s/ Rebekah R. Conroy*
Rebekah R. Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181

OF COUNSEL:
Neal Seth
Wesley E. Weeks
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
(202) 719-7000

*Attorneys for Defendants Hetero USA, Inc., Hetero Labs Ltd. Unit-V, and Hetero Labs Ltd.*

By: *s/ Theodora McCormick*
Theodora McCormick
Lauren B. Cooper
Rebecca Porter
EPSTEIN BECKER & GREEN, P.C.
150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1546

OF COUNSEL:
Michael J. Gaertner
James T. Peterka
Timothy F. Peterson
David Knapp
BUCHANAN INGERSOLL & ROONEY PC
125 South Wacker Drive
Chicago, IL 60606
(312) 261-8741

Atlanta, GA 30338
(404) 431-6600

By: *s/ Michael P. Hogan*
Michael P. Hogan
KRATZ & BARRY LLP
325 Chestnut Street, Suite 883, #259
Philadelphia, PA 19106
(917) 216-8585

*Attorneys for Defendant Alkem Laboratories Ltd.*

By: *s/ Eric I. Abraham*
Eric I. Abraham, Esq.
William Murtha, Esq.
Kristine L. Butler
HILL WALLACK, LLP
21 Roszel Road
Princeton, NJ 08543-5226
(609) 924-0808

OF COUNSEL:
Emily L. Rapalino
Brian T. Drummond
Kristin M. Beale
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Jenevieve Nutovits
GOODWIN PROCTER, LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

*Attorneys for Defendant Sandoz Inc.*

Michael.Gaertner@bipc.com
James.Peterka@bipc.com
Tim.Peterson@bipc.com
David.Knapp@bipc.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd*


By: *s/ James S. Richter*
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

OF COUNSEL:
William A. Rakoczy
Paul J. Molino
Kevin E. Warner
Eric R. Hunt
Matthew V. Anderson
Dylan G. Sacenti
Wojciech K. Jankiewicz
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendant MSN Laboratories Private Ltd.*


**SO ORDERED** this <u>8th</u> day of January, 2025:

_____
Hon. Michael A. Shipp, U.S.D.J.